## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZAZA KHOPERIA                                 :
                                              :                 CIVIL ACTION
            v.                                :                 No. 26-2153
                                              :
JAMAL L. JAMISON *et al.*                     :

## ORDER

This 2nd day of April, 2026, after initial review of Petitioner Zaza Khoperia's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1.  Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

2.  Respondents shall file any response to the Petition on the ECF filing system by **12:00 p.m.** on Monday, **April 6, 2026,** or show cause why such an expedited response time is unfeasible.

                                    /s/ Gerald Austin McHugh
                                   United States District Judge